UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
　MARY SLADE DIXON                              CASE NO. 20-10298
　8143 PARK SPRINGS ROAD                        JUDGE BENJAMIN A. KAHN
　RUFFIN, NC  27326

　　　　DEBTOR

SSN(1) XXX-XX-9613                              DATE: 11/20/2020

---

## REPORT OF FILED CLAIMS

　　　Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CASWELL CO REGISTER OF DEEDS<br>P O BOX 98<br>YANCEYVILLE, NC  27379 | $52.00<br>INT: .00%<br>NAME ID: 1470<br>CLAIM #: 0017 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| CASWELL COUNTY TAX<br>P O BOX 204<br>YANCEYVILLE, NC  27379 | $0.00<br>INT: .00%<br>NAME ID: 7715<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $7,515.00<br>INT: 6.75%<br>NAME ID: 146357<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 0286<br>COMMENT: 13HOND |
| CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $2,524.07<br>INT: .00%<br>NAME ID: 146357<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 0286<br>COMMENT: SPLIT |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: UNTS<br>COMMENT: |
| GUARDANT HEALTH<br>505 PENOBSCOT DR<br>REDWOOD CITY, CA  94063 | $0.00<br>INT: .00%<br>NAME ID: 181772<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9613<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9613<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| ONEMAIN FINANCIAL SERVICES INC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $1,187.50<br>INT: 6.75%<br>NAME ID: 169862<br>CLAIM #: 0008 | | (V) VEHICLE-SECURED<br><br>ACCT: 6080<br>COMMENT: 00BUIC |
| ONEMAIN FINANCIAL SERVICES INC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $4,991.31<br>INT: .00%<br>NAME ID: 169862<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 6080<br>COMMENT: SPLIT |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $290.17<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 8183<br>COMMENT: BELK |
| STATE OF NC DEPT OF TRANSPORTATION<br>3147 MAIL SERVICE CENTER<br>RALEIGH, NC  27699 | $0.00<br>INT: .00%<br>NAME ID: 181773<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SWISS COLONY<br>1112 7TH AVE<br>MONROE, WI  53566-1364 | $0.00<br>INT: .00%<br>NAME ID: 23269<br>CLAIM #: 0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TOWD POINT MORTGAGE TRUST 2017-6<br>% SELECT PORTFOLIO SERVICING INC<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | MONTHLY PMT  $422.47<br>INT: .00%<br>NAME ID: 172531<br>CLAIM #: 0004 | | (H) ONGOING-SECURED<br><br>ACCT: 4241<br>COMMENT: DT,RE RP,CTD,EFF JUL20 |
| TOWD POINT MORTGAGE TRUST 2017-6<br>% SELECT PORTFOLIO SERVICING INC<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | $3,090.40<br>INT: .00%<br>NAME ID: 172531<br>CLAIM #: 0005 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4241<br>COMMENT: ARR THRU MAR20 |
| TOWD POINT MORTGAGE TRUST 2017-6<br>% SELECT PORTFOLIO SERVICING INC<br>P O BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | $1,267.41<br>INT: .00%<br>NAME ID: 172531<br>CLAIM #: 0006 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4241<br>COMMENT: ARR,APR THRU JUN20 |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $1,000.00<br>INT: 6.75%<br>NAME ID: 151523<br>CLAIM #: 0016 | | (S) SECURED<br><br>ACCT: 7130<br>COMMENT: STOVE &REFRIG |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $1,408.70<br>INT: .00%<br>NAME ID: 151523<br>CLAIM #: 10016 | | (U) UNSECURED<br><br>ACCT: 7130<br>COMMENT: SPLIT |
| **TOTAL:** | **$23,749.03** | | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $3,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  11/20/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
   Attorney for Debtor - Electronic Notice